```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Charles Dean</u>

    v.                                    Case No. 14-cv-555-JL

<u>Andrew Galletta</u>


**O R D E R**

    Before the court is prisoner Charles Dean's amended complaint asserting claims against defendant, Andrew Galletta, an employee at the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin").  The matter is before the court for preliminary review pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1).

    The facts alleged in the complaint warrant service of an Eighth Amendment claim, under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), against Galletta in his individual capacity.  Accordingly, the clerk shall issue the summons for Galletta (doc. no. 7-1), and shall prepare and issue a summons for the United States.  Upon issuance of those summonses, the clerk is further directed to provide the summonses, the amended complaint (doc. no. 7), and this Order to the United States Marshal for the District of New Hampshire ("U.S. Marshal").

    Upon receipt of those documents, the U.S. Marshal shall serve Galletta, pursuant to Fed. R. Civ. P. 4(e).  Service shall

be effected on the United States, pursuant to Fed. R. Civ. P. 4(i)(1)(A) & (B), by sending by certified mail a copy of the summonses, amended complaint, and this Order to the United States Attorney General in Washington, D.C., and to the civil process clerk at the Office of the United States Attorney for the District of New Hampshire.

Galletta is instructed to answer or otherwise plead within 60 days of service, pursuant to Fed. R. Civ. P. 12(a)(3).

**SO ORDERED.**

/s/ Andrea K. Johnstone
Andrea K. Johnstone
United States Magistrate Judge

March 12, 2015

cc: Charles Dean, pro se