| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tom Kasyan_ ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Tom Kasyan  C. Date of Delivery 3/16/15 |
| 1. Article Addressed to:<br><br>**John P. Kacavas, Esq.**<br>**United States Attorney, NH**<br>**US Attorney's Office**<br>**53 Pleasant St., 4th Floor,**<br>**Concord NH 03301** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0003 1201 7285 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Office of Clerk of Court
Attn: Charli M. Pappas
US District Court - NH
55 Pleasant St., Room 110
Concord NH 03301

Re: 12cv555-JL

2015 MAR 18 A 11:39

FILED
US DISTRICT COURT
DISTRICT OF N.H.