UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHARLES DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-cv-555-JL |
| ) | |
| ANDREW GALLETTA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S
MOTION FOR EXTENSION OF TIME
TO, AND INCLUDING, JUNE 15, 2015 TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the

District of New Hampshire, the United States of America, on behalf of Defendant Andrew

Galletta, moves this Court for an extension of time within which to answer or otherwise plead to,

and including, June 15, 2015.  In support of this motion, the United States states as follows:

1.      Defendant Galletta is currently due to file a response to Plaintiff's Complaint by

May 15, 2015.

2.      Defendant Galletta has not yet been approved for representation by the

Department of Justice.  The undersigned expects that representation will be forthcoming no later

than June 15, 2015.

3.      Granting of this motion will not result in the continuance of any hearing, trial or

conference in this matter.

4.      Due to the nature of this motion, no supporting memorandum of law is required.

Therefore, the United States requests that this Court grant this motion and extend the time

within which Defendant Andrew Galletta has to answer or otherwise plead to, and including,

June 15, 2015.

                                        Respectfully submitted,

                                        DONALD FEITH
                                        Acting United States Attorney

                                                /s/ Robert J. Rabuck
                                        By:_____
                                        Robert J. Rabuck
                                        Assistant U.S. Attorney
                                        NH Bar No. 2087
                                        53 Pleasant Street, 4th Floor
                                        Concord, NH 03301
                                        603-225-1552
Dated:  April 29, 2015                  Rob.rabuck@usdoj.gov

                        CERTIFICATE OF SERVICE

        I hereby certify that on this 29th day of April, 2015, a copy of the above Motion was
served via first class, postage prepaid mail on Charles Dean, pro se plaintiff, at #43732-279,
Yahoo City Loo, PO Box 5000, Yazoo City, MS 39194.

                                                /s/ Robert J. Rabuck
                                        _____
                                        Robert J. Rabuck, AUSA