UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHARLES DEAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW GALLETTA, )<br>)<br>Defendant. )<br>_____) | No. 14-cv-555-JL |

**DEFENDANT'S
MOTION FOR EXTENSION OF TIME
TO, AND INCLUDING, JULY 15, 2015 TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the District of New Hampshire, the United States of America, on behalf of Defendant Andrew Galletta, moves this Court for an extension of time within which to answer or otherwise plead to, and including, June 15, 2015. In support of this motion, the United States states as follows:

1. Defendant Galletta is currently due to file a response to Plaintiff's Complaint by June 15, 2015.

2. Although the undersigned had hoped that the issue of Department of Justice representation would be resolved by June 15, 2015, it remains pending. The approval of Department of Justice representation is a multi-level process. The Department of Justice will require additional time to process Captain Galletta's request. The undersigned expects that Captain Galletta will be in a position to respond to Plaintiff's request no later than July 15, 2015.

3. Granting of this motion will not result in the continuance of any hearing, trial or conference in this matter.

4. Due to the nature of this motion, no supporting memorandum of law is required.

Therefore, the United States requests that this Court grant this motion and extend the time within which Defendant Andrew Galletta has to answer or otherwise plead to, and including, July 15, 2015.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

/s/ Robert J. Rabuck
By:_____
Robert J. Rabuck
Assistant U.S. Attorney
NH Bar No. 2087
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
Rob.rabuck@usdoj.gov

Dated:  June 12, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2015, a copy of the above Motion was served via first class, postage prepaid mail on Charles Dean, pro se plaintiff, at #43732-279, Yahoo City Low, PO Box 5000, Yazoo City, MS 39194.

/s/ Robert J. Rabuck
_____
Robert J. Rabuck, AUSA