UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| CHARLES DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-cv-555-JL |
| | ) | |
| ANDREW GALLETTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S
MOTION FOR EXTENSION OF TIME
TO, AND INCLUDING, AUGUST 17, 2015 TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the

District of New Hampshire, the United States of America, on behalf of Defendant Andrew

Galletta, moves this Court for an extension of time within which to answer or otherwise plead to,

and including, August 17, 2015.  In support of this motion, the United States states as follows:

1.      Defendant Galletta is currently due to file a response to Plaintiff's Complaint by

July 15, 2015.

2.      Defendant Galletta is in the process of obtaining personal counsel.  Should

Defendant Galletta be unable to obtain counsel, he is prepared to proceed pro se.  Either with or

without counsel, Defendant Galletta expects to respond to Plaintiff's Complaint no later than

August 17, 2015.

3.      Granting of this motion will not result in the continuance of any hearing, trial or

conference in this matter.

4.      Due to the nature of this motion, no supporting memorandum of law is required.

Therefore, the United States requests that this Court grant this motion and extend the time within which Defendant Andrew Galletta has to answer or otherwise plead to, and including, August 17, 2015.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

/s/ Robert J. Rabuck
By:_____
Robert J. Rabuck
Assistant U.S. Attorney
NH Bar No. 2087
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552

Dated:  July 13, 2015                                     Rob.rabuck@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of July, 2015, a copy of the above Motion was served via first class, postage prepaid mail on:

Charles Dean                           Andrew Galletta
 #43732-279                            One Success Loop Road
FCI Texarkana[1]                       Berlin, NH 03570
Satellite Camp
PO Box 9300
Texarkana, TX 75505

/s/ Robert J. Rabuck
_____

Robert J. Rabuck, AUSA

---

[1] Plaintiff's address of record in this case is FCI Yazoo City, MS.  However, according to the Bureau of Prisons locator (www.bop.gov), Plaintiff is currently located in FCI Texarkana.