**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court　　　　　　　　　　　Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk　　　　　　　　Web: www.nhd.uscourts.gov

July 16, 2015

Captain Andrew Galletta
FCI Berlin
1 Success Loop Road
Berlin, NH 03570

　　　　Re:　<u>Dean v. Galletta</u>, #14-cv-555 JL

Dear Captain Galletta:

　　This letter responds to your July 15, 2015 email to Charli Pappas seeking a meeting with the judge assigned to the above referenced case.

　　As Deputy Pappas advised you, parties in a pending case may not communicate, by meeting or otherwise, with a judge unless all parties involved in the case are present or consent, absent a court order.

　　If you want to address the judge about the United States Attorney Office's position regarding its representation of you or refusal to represent you, you may file a motion or other pleading in the case outlining your concerns and any action you want the court to take as a consequence. You also may request in your motion that the court schedule a hearing regarding the issue.

　　I suggest that you review the court's Pro Se Civil Litigation/Habeas Corpus Guide, which you can find on the court's website at: http://www.nhd.uscourts.gov/pro-se-guide, for more information about how to address the court by motion. A paper copy of the Guide also is enclosed for your information. You will also find on the court's website (at http://www.nhd.uscourts.gov/content/Local-Rules) the court's local rules outlining the requirements for filing motions with the court.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　Pamela Phelan
　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Enclosure