UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHARLES DEAN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW GALLETTA, )<br>)<br>      Defendant. )<br>_____) | No. 14-cv-555-JL |

**NOTICE OF WITHDRAWAL**
**OF AUSA ROBERT RABUCK**

Assistant United States Attorney (AUSA) has appeared in this action as a representative of the United States of America on behalf of Defendant Galletta.  Defendant Galletta is in the process of either securing personal counsel or preparing a pro se response to Plaintiff's Complaint.  As a result, AUSA Rabuck withdraws as counsel in this case.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

/s/ Robert J. Rabuck
By:_____
Robert J. Rabuck
Assistant U.S. Attorney
NH Bar No. 2087
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
Rob.rabuck@usdoj.gov

Dated:  August 5, 2015

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of August, 2015, a copy of the above Notice was served via first class, postage prepaid mail on:

| | |
|---|---|
| Charles Dean | Andrew Galletta |
| #43732-279 | One Success Loop Road |
| FCI Texarkana[1] | Berlin, NH 03570 |
| Satellite Camp | |
| PO Box 9300 | |
| Texarkana, TX 75505 | |

                                  /s/ Robert J. Rabuck
                              _____
                              Robert J. Rabuck, AUSA

---

[1] Plaintiff's address of record in this case is FCI Yazoo City, MS.  However, according to the Bureau of Prisons locator (www.bop.gov), Plaintiff is currently located in FCI Texarkana.