UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHARLES DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cv-00555-JL |
| | ) |
| ANDREW GALLETTA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Andrew Galletta requests that the Court dismiss Plaintiff's complaint.

Plaintiff's complaint seeks compensatory damages in the amount of One Million Dollars ($1,000,000). Presently before the court is Defendant's motion to dismiss Plaintiff's complaint on the grounds that he is entitled to Qualified Immunity from suit and that Plaintiff has failed to state a claim upon which relief may be granted.

In support of this motion, Defendant refers the Court to the attached memorandum of law.

Respectfully submitted,

ANDREW GALLETTA
/s/Andrew Galletta
Captain, FCI Belin NH
1 Success Loop Road
Berlin, NH 03570
603-342-4000
Bop18244@bop.gov

CERTIFICATE OF SERVICE

I certify that on this 12th day of August, 2015, a copy of the above Motion to Dismiss and attached memorandum of law were mailed, via first class, postage prepaid mail to Charles Dean, pro se plaintiff, at #43732-279, FCI-Berlin, PO Box 9000, Berlin, New Hampshire 03570.

/s/ Andrew Galletta

Andrew Galletta