

U.S. Department of Justice

Federal Bureau of Prisons

# Program Statement

**OPI:** HSD/SAF
**NUMBER:** P1600.09
**DATE:** 10/31/2007
**SUBJECT:** Occupational Safety, Environmental Compliance, and Fire Protection

1. **PURPOSE AND SCOPE**.  The purpose of this Manual is to:

   - Provide a safe and healthy environment for staff and inmates to work and live.
   - Provide oversight and examination of issues and develop strategies on the impact of occupational safety, environmental, and fire protection regulations affecting the Bureau.
   - Ensure that Federal institutions comply with current American Correctional Association (ACA) Standards, National Fire Protection Association (NFPA) National Fire Codes (NFC), emphasizing NFPA 101, Life Safety Codes, environmental regulations, and Uniform Federal Accessability Standards.

This revision is prompted by the many changes to laws, regulations, and standards since the 1999 edition.

The Manual is organized by subject.  Many requirements are interrelated; staff are responsible for compliance with all of its provisions.

2. **PROGRAM OBJECTIVES**.  Expected results of this program are:

   a.  Hazardous materials will be controlled.

   b.  Unsafe or unhealthy conditions reported by staff or inmates will be examined and corrected when appropriate.

   c.  Fire losses will be reduced through prevention and control strategies, evacuation planning, and maintenance of fire suppression equipment.

   d.  Work-related accidents and injuries will be investigated.

- Familiarize themselves with hazards in particular jobs or the physical surroundings of employees.
- Institute training on accident prevention, fire prevention, and environmental compliance.  Safety Managers, in cooperation with other department heads, ensure that training resources are available to detail supervisors.
- Promptly and accurately report and record accidents, injuries, illnesses, and their causes to the Safety Department within 24 hours.

8. **Employees and Inmates**.  Employees and inmates must:

   - Perform their duties in the safest possible manner.
   - Comply with OSHA, EPA, NFPA, and Bureau Occupational Safety, Environmental Compliance, and Fire Protection Standards, along with Federal, state, and local laws and regulations.
   - Immediately report hazards or unsafe acts to supervisors.
   - Report accidents, injuries, and illnesses to supervisors.

C. **IMMINENT DANGER**.  When an Occupational Safety staff member determines conditions or practices in a place of employment could reasonably and immediately be expected to cause death or serious physical harm, he/she must inform affected employees of the danger and shut down the work or process until the danger is eliminated.  In addition, he/she must inform in writing the CEO, RSA, NSA, and the local Union president of the hazard and action.  Reactivation of the work or process depends on the Safety Manager's reinspection and written approval.

The RSA and NSA review actions taken regarding imminent danger determinations.  The Chief of the OSHA Area Office in which the institution is located is consulted if the RSA or NSA disagree with the Safety Manager's findings and actions concerning imminent danger.

D. **TRAINING**

1. **Safety Staff**.  Safety staff (including alternates) complete the following courses within 18 months from the date this policy is issued or their date of appointment to a safety position:

   - Introduction to Occupational Safety, Environmental Compliance, and Fire Protection Training Program.
   - Environmental compliance training, as specified in Chapter 3.  Safety staff also receive environmental refresher training annually.
   - Fire protection and emergency response training, as specified in Chapter 4.  Safety staff also receive annual refresher training in fire protection and emergency responses.
   - Employee Compensation procedures and forms.
   - Training for trainers.